

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00709-CV

**In the Interest of A.A.M., a Child**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02894
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against the appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 4, 2018.

_____
Irene Rios, Justice